# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-10669

United States Court of Appeals
Fifth Circuit

**FILED**

May 2, 2018

Lyle W. Cayce
Clerk

BOBBIE JO HEFNER,

Plaintiff–Appellant,

v.

TEXAS HEALTH MEMORIAL HOSPITAL FORT WORTH; TEXAS
HEALTH MEMORIAL HOSPITAL ARLINGTON,

Defendants–Appellees.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:17-CV-113

Before JOLLY, SOUTHWICK, and WILLETT, Circuit Judges.

PER CURIAM:*

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.